

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00725-CV

**IN THE INTEREST OF D.N.M.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01778
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Appellant David Morin's Motion for Extension of Time to File Notice of Appeal and Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 11, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court